UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GROVES,<br><br>        Plaintiff ,<br><br>vs.<br><br>JOSEPH HARDEN, et al.,<br><br>        Defendants. | Case No. 1:08-cv-01258-OWW- TAG<br><br>ORDER SETTING STATUS CONFERENCE REGARDING REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>Date:  January 12, 2009<br>Place: 1200 Truxtun Avenue, Suite 120<br>       Bakersfield, California<br>Judge: Magistrate Judge Goldner |

      On December 9, 2008, the parties stipulated to a referral to the Voluntary Dispute Resolution Program ("VDRP)  (Doc. 9).  Rule 16-271 of the Local Rules of Practice for the Eastern District of California.  In a Scheduling Conference Order dated December 11, 2008, this action was referred to the VDRP.  (Doc. 11, p. 6.)

      In light of the foregoing, the Court makes the following order:

      1.  A Status Conference is set regarding the VDRP referral for Monday, January 12, 2009 at 9:30 a.m., before United States Magistrate Judge Theresa A. Goldner, at court chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301.

      2.  Counsel for Plaintiff and the Defendants are directed to meet and confer prior to the Status Conference, and agree upon (a) a method of alternative dispute resolution, i.e., mediation, early neutral evaluation, or settlement conference; and (b) at least three qualified, mutually acceptable neutral evaluators ("neutrals") who are available and willing to conduct the parties'

preferred method of alternative dispute resolution.  Counsel for Plaintiff and Defendants should be prepared to discuss the names, qualifications, and availability of the proposed neutrals at the Status Conference, so the Court will be in a position to appoint a neutral as quicky as possible.

      3.  Counsel for Plaintiff and Defendants should also be prepared to discuss the date for completion of the VDRP process, i.e., it should be a date likely to ensure that the VDRP process will be completed prior to the Settlement Conference scheduled in this matter for August 12, 2009.  See Local Rule 16-271(i)(3).

      4.  Counsel for Plaintiff and Defendants may appear at the VDRP Status Conference in person, or by telephone through Court Call provided they make appropriate advance arrangements through Court Call.  Questions related to Court Call procedures may be directed to the Courtroom Deputy by telephone at 661-326-6620 or by email at: aleonguerrero@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  **December 18, 2008**　　　　　　　　　　　　　　　　　　　　/s/ **Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE