James J. Braze, Esq.; SBN 75911
BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Defendants Joseph Harden and Estate of Rhonda Williams

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE GROVES,<br><br>   Plaintiff,<br><br>v.<br><br>JOSEPH HARDEN, ESTATE OF RHONDA WILLIAMS, WORLDWIDE READERS, and DOES 1 through 25,<br><br>   Defendants. | Case No. 1:08-CV-01258-OWW-TAG<br><br>**STIPULATION FOR ORDER GRANTING DISMISSAL WITH PREJUDICE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties, plaintiff Willie Groves and defendants Joseph Harden and Estate of Rhonda Williams, through their respective counsel, that the above-captioned action be dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

DATED: July 28, 2009          BORTON PETRINI, LLP


By          /s/ James J. Braze
James J. Braze, Attorneys for Defendants Joseph Harden and Estate of Rhonda Williams

DATED: July 28, 2009          THE OTIS LAW GROUP


By          /s/ Stephen A. Roberts
Stephen Roberts, Attorneys for Plaintiff Willie Groves

1
STIPULATION FOR ORDER GRANTING DISMISSAL WITH PREJUDICE; ORDER THEREON

1 **<u>ORDER</u>**

2 Upon review of the above Stipulation, the pleadings and documents on file in
3 this matter, and good cause appearing therefor,
4 IT IS HEREBY ORDERED that the above-captioned action be dismissed with
5 prejudice and that each party is to bear their own attorneys' fees and costs.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July 28, 2009**, I served the foregoing document described as **STIPULATION FOR ORDER GRANTING DISMISSAL WITH PREJUDICE; ORDER THEREON** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

STEPHEN ROBERTS, ESQ.
THE OTUS LAW GROUP
533 Airport Blvd., Ste. 505
Burlingame, CA 94010

**BY ELECTRONIC TRANSMISSION:** (CCP 1010.6)

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **July 28, 2009**, at **Bakersfield**, California.

1  I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made..

7     **Vicki Street**       /s/ Vicki Street   
8  Type or Print Name     Signature
9  IT IS SO ORDERED.
10 **Dated:  July 29, 2009**    **/s/ Oliver W. Wanger**
   UNITED STATES DISTRICT JUDGE